HUDSON VALLEY FEDERAL CREDIT UNION, Appellant, v NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE et al., Respondents.

Submitted June 4, 2012; decided June 26, 2012

Motion by American Bankers Association et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

Judge SMITH taking no part.

KATHRYN JORDAN, Appellant, v BATES ADVERTISING HOLDINGS, INC., Formerly Known as AC & R ADVERTISING, INC., Respondent.

Submitted April 30, 2012; decided June 26, 2012

Motion for reargument of motion for leave to appeal denied [*see* 18 NY3d 911 (2012)].

Chief Judge LIPPMAN taking no part.

HOWARD KAGAN, Appellant, v HMC-NEW YORK, INC., et al., Respondents.

Decided June 26, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the orders appealed from do not finally determine the action within the meaning of the Constitution.

JUDITH KLEIN, Appellant, v NEW YORK CITY ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent.

Submitted March 26, 2012; decided June 26, 2012

Motion for reargument etc. denied [*see* 18 NY3d 806 (2012)].